UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

MERLIN ALSTON,

                Petitioner,

                                                19 CV 7858 (CM)

  -against-

UNITED STATES OF AMERICA,

                Respondant.
--------------------------------------------------------------x

                                            ORDER

McMahon, J.:

      The motion to vacate having been resolved in the criminal case (1:15-cr-435-1) see doc. #17. The Clerk of Court is directed to close the case.

                                                        SO ORDERED:

                                                        United States District Judge

Dated: October 6, 2022
       New York, New York